An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
ARBITRATION BETWEEN:

TODD MASTEJ,
Appellant,
vs.
NEVADA PROPERTY 1, LLC, A
DELAWARE LIMITED LIABILITY
COMPANY,
Respondent.

No. 62637

**FILED**

MAR 19 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This appeal was docketed in this court on February 20, 2013, without payment of the requisite filing fee.[1] On that same day, this court issued a notice directing appellant to pay the filing fee or this appeal would be dismissed. In response, appellant filed a notice of withdrawal of appeal. This notice is construed as a motion to dismiss appeal. Cause appearing, appellant's motion is granted and this appeal is hereby dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

---

[1] Appellant's failure to pay the Supreme Court filing fee could constitute an independent basis on which to dismiss this appeal.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-08158

cc: Hon. Adriana Escobar, District Judge
Mont E. Tanner
Snell & Wilmer, LLP/Las Vegas
Eighth District Court Clerk